

**ANDERSEN & BEEDE**
Michael N. Beede, Esq.
Nevada Bar No. 13068
Email: *mike@aandblaw.com*
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
3199 E Warm Springs Rd, Suite 400
Las Vegas, NV 89120
Phone: (702) 522-1992
Fax: (702) 825-2824

*Counsel for Robert E. Atkinson, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 23-13680-MKN |
| HEATH ROBERT WILLS and PATRICIA ANNE WILLS, | Chapter 7 |
| Debtors. | |
| ROBERT E. ATKINSON, in his capacity as Trustee of the Bankruptcy Estate of HEATH ROBERT WILLS and PATRICIA ANNE WILLS, | Adv. No.: 23-01162-MKN |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ERIC BOYER; DOE DEFENDANTS I through X; and ROE CORPORATIONS XI through XX, | |
| Defendants. | |

    1.    On January 17, 2024, I caused to be served the following document(s):

        a.    NOTICE OF ENTRY OF ORDER (ECF No. 7).

    2.    I served the above-named document(s) by the following means upon the persons as listed below:

    [ X ]    a.  **BY ECF SYSTEM:**

RYAN A. ANDERSEN on behalf of Plaintiff ROBERT E. ATKINSON
ryan@aandblaw.com,tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

[ X ]    b.    **UNITED STATES MAIL, POSTAGE FULLY PREPAID**

ERIC BOYER
10069 W Meranto Ave
Las Vegas, NV 89178

[ ]    c.    **PERSONAL SERVICE:**

I personally delivered the document(s) to the persons at these addresses:

[ ]    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no such person was available by leaving the document(s) in a conspicuous place in the office.

[ ]    For a party, delivery was made by handing the documents(s) to the party or by leaving the document(s) at the persons dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]    d.    **DIRECT EMAIL (as opposed to through the ECF System):**

Based upon a written agreement to accept service by email or pursuant to a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    e.    **FACSIMILE:**

Based upon the written agreement of the parties to accept service by fax transmission or pursuant to a court order, I caused the document(s) to be faxed to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached hereto.

//

//

//

//

[ ]   f.  **MESSENGER:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for delivery and service. A declaration by the messenger is attached to this certificate of service.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed on: January 17, 2024

| Melissa Rodriguez | */s/ Melissa Rodriguez* |
|---|---|
| (Name of Declarant) | An employee of Andersen & Beede |