Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 20, 2024

**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@vegaslawfirm.legal*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>HEATH ROBERT WILLS and<br>PATRICIA ANNE WILLS,<br><br>    Debtors. | Case No.: 23-13680-MKN<br>Chapter 7 |
| ROBERT E. ATKINSON, in his capacity as Trustee of the Bankruptcy Estate of HEATH ROBERT WILLS and PATRICIA ANNE WILLS,<br><br>    Plaintiff,<br>v.<br><br>ERIC BOYER; DOE DEFENDANTS I through X; and ROE CORPORATIONS XI through XX,<br><br>    Defendants. | Adv. No.: 23-01162-MKN<br><br>**CONSENT JUDGMENT AGAINST ERIC BOYER** |

1 of 5

Defendant Eric Boyer ("Mr. Boyer") hereby consents, agrees, and requests that this Court enter this consent judgment in favor of Plaintiff Robert E. Atkinson ("Trustee") as follows:

**NOW THEREFORE**, the Court **FINDS** as follows:

1. On August 29, 2023 ("Petition Date"), Heath Robert Wills and Patricia Anne Wills ("Debtors") filed a voluntary Chapter 7 bankruptcy case in the District of Nevada, commencing case 23-13680-mkn (the "Bankruptcy Case"), thereby creating the Bankruptcy Estate.

2. On or about August 29, 2022, the real property located in Clark County, Nevada commonly known as 9365 Benedict Dr, Las Vegas, NV, 89161, bearing Clark County Assessor's Parcel Number 174-20-301-011 (the "Real Property") was purchased by Patricia A. Wills for one million three hundred seventy-eight thousand dollars ($1,378,000.00 USD). However, Patricia A. Wills caused the Property to be titled in the name of GDR Properties, LLC, a Wyoming Limited Liability Company ("GDR"), and Mr. Boyer, as tenants in common by virtue of that certain Grant Bargain and Sale Deed recorded as Clark County Recorder's instrument number 20220829-0000259.

3. At all relevant times, Patricia A Wills was the sole member of GDR.

4. Patricia A. Wills paid a $25,000.00 earnest money deposit and an additional $482,571.83 at the closing for the Real Property. 100% of the remainder of the August 29, 2022, purchase price and closing costs were financed through a deed of trust in favor of La Canasta Furnishings, Inc., in the amount of nine hundred fifty thousand dollars ($950,000.00) recorded as Clark County Recorder's instrument number 20220829-000260. Mr. Boyer advanced no funds for the purchase of the Real Property.

5. On October 31, 2022, a Grant Bargain and Sale deed purporting to convey the property from GDR and Mr. Boyer solely to Mr. Boyer was recorded as Clark County Recorder's instrument number 20221031-0001770. Mr. Boyer acknowledges and agrees that he held only bare legal title to the Real Property for the sole purpose of disguising the ownership thereof by Patricia A. Wills.

6. Despite the purported transfer of the Real Property to Mr. Boyer, Patricia Wills' actions were consistent with her ownership of the Real Property, including paying substantial funds for the maintenance and improvement of the Real Property and directly paying certain of the loan payments secured by the Real Property;

7. On or about November 22, 2022, Mr. Boyer obtained a home equity loan secured by a deed of trust recorded against the Real Property in the amount of $150,000.00, recorded as Clark County Recorder's Instrument Number 202211230001282, by entering into a Credit Line Account Variable Interest Rate Home Equity Secured Open-End Credit Agreement and Truth in Lending Disclosure ("HELOC"), with America First Federal Credit Union ("AFCCU"), and used the proceeds for personal purposes.

8. Mr. Boyer lacked any legal right to encumber the Real Property, and his use of the HELOC proceeds constitutes a fraudulent transfer under 11 U.S.C. § 548 and is therefore avoidable by Trustee.

9. On or about December 20, 2023, Mr. Boyer entered into an agreement to sell the Real Property and the Real Property was listed as being under contract on the Nevada Multiple Listing Service.

10. The Property was ultimately sold to non-party, Michael Cohen, on or about January 30, 2024, by virtue of that Grant Bargain and Sale Deed recorded as Clark County Recorder's Instrument Number 20240130-000805 and the certain of the proceeds of such sale remain held in trust in a segregated bankruptcy account in the name of the Bankruptcy Estate.

11. Mr. Boyer declares under penalty of perjury that the foregoing is true and correct.

//
//
//
//
//
//

_____
Eric Boyer

CERTIFICATE OF ACKNOWLEDGEMENT

STATE OF Nevada           )
                          ) SS.:
COUNTY OF Clark           )

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On the 18 day of March, 2024, before me, the undersigned, a Notary Public in and for said State, Eric Boyer, proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged that he executed the same.



Notary Public for the State of Nevada
Commission expires: 12·28·2026

**ACCORDINGLY**, the Court **ORDERS** and **DECLARES** as follows:

1. The real property located in Clark County, Nevada commonly known as 9365 Benedict Dr, Las Vegas, NV, 89161, bearing Clark County Assessor's Parcel Number 174-20-301-011 is hereby declared to be the property of the Bankruptcy Estate as of the Petition Date and until the sale of the Real Property to non-party Michael Cohen.

2. The Real Property was the sole property of Patricia A. Wills from August 29, 2022, until the Petition Date.

3. All net proceeds of the sale of the Real Property to non-party Michael Cohen, are the property of the Bankruptcy Estate.

4. Eric Boyer only ever held bare legal title to the Real Property for the sole purpose of disguising the ownership thereof by Patricia Wills.

5. The pre-petition proceeds of the HELOC, in the amount of $150,000.00, received by Eric Boyer constituted a fraudulent transfer, pursuant to 11 U.S.C. § 548.

6. This Court hereby enters judgment in favor of Trustee Robert E. Atkinson and against Defendant Eric Boyer, and awards Trustee damages in the amount of $150,000.00.

7.  Trustee is hereby awarded pre-judgement interest at the maximum rate allowed by law for that period beginning October 11, 2022, through the date the instant judgement, post-judgment interest from the date of the instant judgment at the maximum rate allowed by law, attorneys fees, and costs incurred by Trustee in collecting the Judgment.

**IT IS SO ORDERED.**

Prepared and submitted by:

**ANDERSEN & BEEDE**

By: /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120

*Counsel for Robert E. Atkinson, Trustee*

###